THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Paul Demar
 Jeffcoat, Appellant.
 
 
 

Appeal From Richland County
  Kenneth G. Goode, Circuit Court Judge

Unpublished Opinion No. 2008-UP-371
 Submitted July 1, 2008  Filed July 11,
2008    

APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney for Capital Appeals Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 and Solicitor Warren B. Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM: Paul Demar Jeffcoat appeals his guilty plea to burglary in the second
 degree and strong armed robbery.  He maintains his guilty plea failed to
 conform with the mandates set forth in Boykin v. Alabama, 395 U.S. 238
 (1969).  Specifically, Jeffcoat asserts he did not meaningfully waive his
 rights.  After a thorough review of the
 record and counsels brief pursuant to Anders v. California, 386 U.S.
 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss[1] Jeffcoats appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.
HEARN, C.J.,
 CURETON and GOOLSBY, A.J.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.